

**UNITED STATES DISTRICT COURT**
Western District of Texas
U.S. Pretrial Services Office

**201 W. 5th St., Room 3200**
Austin, Texas 78701
(512) 916-5297

111 E. Broadway, Suite A105
Del Rio, Texas 78840
(830) 703-2096

511 E. San Antonio, Room 380
El Paso, Texas 79901-2401
(915) 534-6758

**Austin Office**

December 1, 2020

100 E. Wall, Suite 152
Midland, Texas 79701-9998
(915) 570-0014

410 S. Cedar Street
Pecos, Texas 79772
(915) 445-2578

727 E. Durango Blvd., Room A636
San Antonio, Texas 78206-1204
(210) 472-4053

**REBECCA M. SAHD**
Chief Pretrial Services Officer

**CARLOS URRUTIA**
Deputy Chief Pretrial Services Officer

**OSCAR TORRES**
Asst. Deputy Chief Pretrial Services Officer

800 Franklin, Suite 319
Waco, Texas 76701-1934
(254) 750-1525

**ANTONIO ACOSTA**
**NORMA ARANDA**
**IVONNE CASTANON**
**CARMEN HERRERA**
**JAMES NOWLIN**
**STACIE SALINAS**
**SYLVIA VILLALBA**
Supervising Pretrial Services Officers

U. S. Magistrate Judge Andrew Austin

Re:   Defendant:   Brannen Mehaffey
      Docket No.:   A20-MJ-00885 (1)

**Bond Violation Report - No Action Requested**

Honorable Magistrate Judge Andrew Austin:

On October 28, 2020, the defendant was released by your honor on a personal recognizance bond with pretrial supervision. The defendant is pending disposition for violation of Title 21 U.S.C. 846.

Pretrial Services alleges that the defendant violated the condition(s) of release by failing to refrain from any use or unlawful possession of a narcotic drug and other controlled substances.

On November 2, 2020, the defendant submitted a urinalysis and results were presumptively positive for cocaine. The urinalysis was sent to the lab for additional testing, and the results confirmed positive for cocaine.

One of the defendant's conditions of release is to participate in a drug evaluation or treatment as directed by Pretrial Services. The defendant is currently enrolled in 30-days residential treatment at Any Length Retreat in Pflugerville, Texas. This officer respectfully recommends that the defendant be allowed to remain in said residential treatment program.

This information is being provided to the court as information only, and no action is being requested at this time. The U.S. Attorney's office has been advised of this violation and our proposed course of action at this time.

If any further information should be required, please contact this officer at 512-916-5296.

*"... striving to exemplify the highest ideals and standards in community corrections."*

Respectfully submitted,

*[signature]*

Kyona Stubbs
U.S. Pretrial Services Officer

Place:  Austin, Texas
Date:   December 1, 2020


**ORDER OF COURT**


Considered and ordered this <u>1st</u> day of <u>December</u>, 2020, and ordered filed and made a part of the records in the above case.

The Court does concur  ✔            The Court does not concur  _____

*[signature]*

Judge Andrew Austin
U.S. Magistrate Judge


pc:    U.S. District Judge
       Defense Counsel